■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v GREGORIO GONZALEZ, Defendant. [958 NYS2d 620]—Application by

the defendant for a writ of error coram nobis seeking leave to file a late notice of appeal from a judgment of the Supreme Court, Queens County, rendered January 26, 2010.

Ordered that the application is denied.

The defendant has not established his entitlement to the relief requested (*see People v Syville*, 15 NY3d 391 [2010]). Rivera, J.P., Leventhal, Hall and Roman, JJ., concur.